IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR105 |
| | ) | **AMENDED** |
| MARK ANTHONY HOLMES, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion for Continuance [17] of the previously scheduled evidentiary hearing on the Motion to Suppress. Good cause being shown, the motion is granted and the hearing will be rescheduled.

IT IS ORDERED:

1. That the government's Motion for Continuance [17] is continued; and

2. That the evidentiary hearing on the Motion to Suppress [14] is continued to **June 13, 2007** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 17th day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge